IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS MARTIN                                                                                           PLAINTIFF

VS.                                       Civil No. 1:12-cv-1037

CAL TUCKER, RETIRED;
OFFICER JOHNNY ETHRIDGE,
Hamburg Police Department; and
CHIEF OF POLICE TOMMY BREEDLOVE,
Hamburg Police Department                                                                    DEFENDANTS

## JUDGMENT

Before the Court is the Report and Recommendation filed April 18, 2012, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 3). Judge Bryant recommends that Plaintiff's request to proceed *in forma pauperis* be denied and that the above-styled case be dismissed with prejudice because Plaintiff's claims are barred by the statute of limitations. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's request to proceed *in forma pauperis* is **DENIED**, and his claims are **DISMISSED WITH PREJUDICE**.

The dismissal of this action constitutes a strike under the PLRA. For this reason, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 8th day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge